# Synopsis
## (Indictment)

| | |
|---|---|
| **Name:** | Carrie-Ann Tooley |
| **Address:** (City & State Only) | Northport, ME |
| **Year of Birth and Age:** | 1971/51 |
| **Violations:** | **Count 1**: Conspiracy to Import Controlled Substances. See 21 U.S.C. 963 and 952(a).<br><br>**Count 3**: Importation of Controlled Substances. See 21 U.S.C. § 952(a)<br><br>**Count 6**: Conspiracy to commit money laundering. See 18 U.S.C. § 1956(a)(2)(B)(i). |
| **Penalties:** | **Count 1:** Up to twenty years imprisonment, $1,000,000 fine, or both. See 21 U.S.C. § 960<br><br>**Count 3**: Up to twenty years imprisonment, $1,000,000 fine, or both. See 21 U.S.C. § 960<br><br>**Count 6**: Up to twenty years imprisonment, $500,000 fine, or both. See 18 U.S.C. § 1956(a). |
| **Supervised Release:** | **Counts 1 and 3:** At least 3 years and up to life. See 21 U.S.C. §841(b)(1)(A).<br><br>**Count 6**: Up to three years. See 18 U.S.C. §3583(b) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1 and 3:** Not more than 5 years. See 18 U.S.C. § 3583(e)(3).<br><br>**Count 6:** Not more than two years. See 18 U.S.C. §3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1 and 3:** Up to life. See 18 U.S.C. § 3583(h).<br><br>**Count 6:** Up to three years, less any term of imprisonment. See 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Unknown |
| **Primary Investigative Agency and Case Agent Name:** | DEA – TFO James Bray |

| **Detention Status:** | |
|---|---|
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **Counties:** | Waldo County |
| **AUSA:** | Christopher Elsey, NDFL, Gainesville office |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count.  18 U.S.C. § 3013(a)(2)(A) |